US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NORMA ANDINO-CRUZ,

    Plaintiff,

vs.

    CASE NO.: 3:09-CV-667
    DIVISION:

OXFORD COLLECTION AGENCY,

    Defendant.
_____/

### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Norma Andino-Cruz, by and through her undersigned counsel files this Notice of Dismissal With Prejudice.

COLLINS & STORY, P.A.

Max Story, Esq.
Florida Bar No. 527238
233 East Bay Street, Suite 920
Jacksonville, Florida 32202
Telephone (904)355-0805
Facsimile (904)634-1507