US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NORMA ANDINO-CRUZ,

    Plaintiff,

vs.

    CASE NO.: 3:09-CV-667
    DIVISION:

OXFORD COLLECTION AGENCY,

    Defendant.

_____/

### PLAINTIFF NORMA ANDINO-CRUZ'S RESPONSE TO THE COURT'S ORDER OF JANUARY 13, 2010

Plaintiff Norma Andino-Cruz, by and through her undersigned counsel, responds to the Court's Order of January 13, 2010 and states as follows:

1. On January 15, 2010, Plaintiff dismissed with prejudice Plaintiff's Complaint, as this case was settled.

2. Plaintiff sincerely apologizes to this Court for any inconvenience caused.

WHEREFORE, Plaintiff prays that the court accept this Response to Show Cause and respectfully requests that sanctions not be imposed.

COLLINS & STORY, P.A.

_____
Max Story, Esq.
Florida Bar No. 527238
233 East Bay Street, Suite 920
Jacksonville, Florida 32202
Telephone (904)355-0805
Facsimile (904)634-1507