**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NORMA ANDINO-CRUZ,

       Plaintiff,

v.                                                             Case No.: 3:09-cv-667-J-34JRK

OXFORD COLLECTION AGENCY, INC.,

       Defendant.
_____/

**O R D E R**

      **THIS CAUSE** is before the Court on Plaintiff's Notice of Dismissal With Prejudice (Dkt. No. 10; Notice) filed on January 17, 2010. In the Notice, Plaintiff seeks dismissal, with prejudice, of the claims raised against Defendant. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

      1.    This case is **DISMISSED with prejudice**.

      2.    The Clerk of the Court is directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 19th day of January, 2010.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record